16 A.3d 351

IN THE MATTER OF CHRISTOPHER J. MCCARTHY, AN
ATTORNEY AT LAW (ATTORNEY NO. 043251989).

April 8, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–330, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **CHRISTOPHER J. McCARTHY** of **LAKE HOPATCONG,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed about the status of the matter), *RPC* 1.15(b) (failure to promptly deliver funds in which the client or third person has an interest), and *RPC* 8.1(b) (failure to cooperate in an ethics investigation), and good cause appearing;

It is ORDERED that **CHRISTOPHER J. McCARTHY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.